# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ROGER D. BLANKENSHIP,

                Plaintiff,      :      Case No. 3:11-cv-110

  - vs -                             :      District Judge Walter Herbert Rice
                                        Magistrate Judge Michael R. Merz

DEPUTY SHELBY COUNTY ISAAC      :
BOLLINGER, et al.,

                                       :

                Defendants.

                                       :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

       The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #4), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

       Accordingly, it is hereby ORDERED that Shelby County Jail is dismissed as a Defendant without prejudice.

May 2, 2011.

                                                                     Walter Herbert Rice
                                                                United States District Judge