# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ROGER D. BLANKENSHIP,

        Plaintiff,           :       Case No. 3:11-cv-110

                                    District Judge Walter Herbert Rice

     -vs-                        Magistrate Judge Michael R. Merz

                         :

ISAAC BOLLINGER, et al.,

        Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on June 20, 2011, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Motion for Summary Judgment of Defendant Isaac Bollinger (Doc. No. 7) be, and it hereby is, granted and all claims herein against Defendant Bollinger are ordered dismissed with prejudice.

This Order disposes of the last remaining claim in the case. The Clerk is therefore ordered to enter final judgment in favor of Defendants and against the Plaintiff, dismissing this case with prejudice.

June 27, 2011.

                                  Walter Herbert Rice
                            United States District Judge